IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAYMOND JOHNSON,

        Plaintiff,

v.                                        4:09cv367-WS

CAPTAIN STEVENS, et al.,

        Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## SECOND REPORT AND RECOMMENDATION

Before the court is the magistrate judge's second report and recommendation docketed March 1, 2010. See Doc. 19. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed. The plaintiff has filed objections (doc. 20) to the magistrate judge's report and recommendation.

This court having considered the record in light of the plaintiff's objections, it is ORDERED:

1. The magistrate judge's second report and recommendation (doc. 19) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED for failure to pay the filing fee as previously ordered.

3. The clerk shall enter judgment accordingly, noting on the docket sheet that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. All pending motions are DENIED as moot.

DONE AND ORDERED this   22nd   day of    March   , 2010.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE